88 *N. J. Eq.* Heyer *v.* Sullivan.

---

MARY AGNES HEYER, complainant-respondent,

*v.*

MICHAEL A. SULLIVAN, defendant-appellant.

[Decided March 14th, 1918.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Backes, whose opinion is reported *ante p. 165.*

*Mr. Theodore Rurode,* for the appellant.

*Mr. Thomas J. Brogan,* for the respondent.

PER CURIAM.

We agree with the vice-chancellor that the gift was not established. We express no opinion on the other points discussed by him. Let the decree be affirmed, with costs.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.